This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Estate of Ronald Eugene Hall Sr Mary Hall P.R. v. Aziz K. Ermatov, AMAZON LOGISTICS, FREIGHT UNITED, INCet al

| | |
|---|---|
| Case Number | 87D01-2411-CT-002347 |
| Court | Warrick Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 11/21/2024 |
| Status | 11/21/2024 , Pending (active) |

## Parties to the Case

Defendant Ermatov, Aziz K.

Attorney
Omar Ayman Al-Hendy
*#3842945, Retained*

GORDON REES SCULLY MANSUKHAMI, LLP
1 N. WACKER DRIVE STE. 1600
Chicago, IL 60606
312-565-1400(W)

Defendant AMAZON LOGISTICS

Attorney
Edward Michael O'Brien
*#3209239, Retained*

100 Mallard Creek DRd.
Ste. 250
Louisville, KY 40207
502-238-8500(W)

Defendant FREIGHT UNITED, INC

Defendant RYDER TRUCK RENTAL, INC.,

Attorney
Omar Ayman Al-Hendy
*#3842945, Retained*

GORDON REES SCULLY MANSUKHAMI, LLP
1 N. WACKER DRIVE STE. 1600
Chicago, IL 60606
312-565-1400(W)

Plaintiff Estate of Ronald Eugene Hall Sr Mary Hall P.R.

Attorney
Robert T. Dassow
*#1514564, Lead, Retained*

Hovde Dassow & Deets LLC
10201 N. Illinois St.
Ste: 500
Indianapolis, IN 46290
317-818-3100(W)

Attorney
Quinn Patrick McCoy
*#3826849, Retained*

HOVDE DASSOW & DEETS LLC
Meridian Tower, Suite 500
10201 N. Illinois Street
Indianapolis, IN 46290

Attorney
Tyler Jackson Zipes
*#3508149, Retained*

HOVDE DASSOW & DEETS, LLC
Meridian Tower, Suite 500
10201 N. Illinois Street
Indianapolis, IN 46290
317-818-3100(W)

## Chronological Case Summary

11/21/2024 **Case Opened as a New Filing**

---

11/21/2024 **Complaint/Equivalent Pleading Filed**
COMPLAINT
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 11/21/2024

---

11/21/2024 **Appearance Filed**
Appearance
For Party: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 11/21/2024

---

11/21/2024 **Subpoena/Summons Filed**
SUMMONS
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 11/21/2024

---

11/21/2024 **Subpoena/Summons Filed**
SUMMONS
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 11/21/2024

---

11/21/2024 **Subpoena/Summons Filed**
SUMMONS
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 11/21/2024

---

11/21/2024 **Subpoena/Summons Filed**
SUMMONS
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 11/21/2024

---

12/16/2024 **Subpoena/Summons Filed**
Alias Summons
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 12/14/2024

12/16/2024 **Subpoena/Summons Filed**
Alias Summons
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 12/14/2024

12/16/2024 **Subpoena/Summons Filed**
Alias Summons
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 12/14/2024

01/17/2025 **Appearance Filed**
Appearance of Thomas Ehrhardt
For Party: RYDER TRUCK RENTAL, INC.,
File Stamp: 01/16/2025

01/17/2025 **Motion Filed**
Motion for Addt'l Time to Plead
Filed By: RYDER TRUCK RENTAL, INC.,
File Stamp: 01/16/2025

01/17/2025 **Order Granting**
Order on Defendant's Motion For Additional Time to Plead or Otherwise Respond examined and approved by the Court.
Judicial Officer: Aylsworth, Benjamin R-Mag
Order Signed: 01/17/2025

01/18/2025 **Automated ENotice Issued to Parties**
Order Granting ---- 1/17/2025 : Thomas Scot Ehrhardt

01/24/2025 **Motion for Default Judgment Filed**
Motion for Entry of Default
Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.
File Stamp: 01/23/2025

01/24/2025 **Appearance Filed**
KVM Appearance
For Party: FREIGHT UNITED, INC
File Stamp: 01/23/2025

01/24/2025 **Appearance Filed**
OAH Appearance
For Party: FREIGHT UNITED, INC
File Stamp: 01/23/2025

01/24/2025 **Motion Filed**
Motion for Extension of Time
Filed By: FREIGHT UNITED, INC
File Stamp: 01/23/2025

01/24/2025 **Order Granting**
Order Granting Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint examined and approved by the Court.
Judicial Officer: Aylsworth, Benjamin R-Mag
Order Signed: 01/24/2025

01/25/2025 **Automated ENotice Issued to Parties**
Order Granting ---- 1/24/2025 : Thomas Scot Ehrhardt

01/28/2025 **Appearance Filed**
Appearance of Counsel
For Party: AMAZON LOGISTICS
File Stamp: 01/27/2025

01/28/2025 **Motion Filed**
Unopposed Motion for Enlargement of Time to Respond to Complaint
Filed By: AMAZON LOGISTICS
File Stamp: 01/27/2025

| | |
|---|---|
| 01/29/2025 | **Order Granting**<br>Order Granting Defendant Amazon Logistics' Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint.<br>Judicial Officer: Aylsworth, Benjamin R-Mag<br>Order Signed: 01/29/2025 |
| 01/30/2025 | **Automated ENotice Issued to Parties**<br>Order Granting ---- 1/29/2025 : Edward Michael O'Brien;Thomas Scot Ehrhardt |
| 02/04/2025 | **Appearance Filed**<br>Entry of Appearance by Attorney for Ryder Truck Rental Inc.<br>For Party: RYDER TRUCK RENTAL, INC.,<br>File Stamp: 02/03/2025 |
| 02/04/2025 | **Answer Filed**<br>Defendant Freight United, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint<br>Filed By: FREIGHT UNITED, INC<br>File Stamp: 02/03/2025 |
| 02/04/2025 | **Answer Filed**<br>Defendant Ryder Truck Rental, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint<br>Filed By: RYDER TRUCK RENTAL, INC.,<br>File Stamp: 02/03/2025 |
| 02/04/2025 | **Motion to Withdraw Appearance Filed**<br>Motion to Withdraw as Counsel<br>Filed By: RYDER TRUCK RENTAL, INC.,<br>File Stamp: 02/04/2025 |
| 02/04/2025 | **Order Granting Motion to Withdraw Appearance**<br>Judicial Officer: Aylsworth, Benjamin R-Mag<br>Order Signed: 02/04/2025 |
| 02/05/2025 | **Automated ENotice Issued to Parties**<br>Order Granting Motion to Withdraw Appearance ---- 2/4/2025 : Edward Michael O'Brien;Omar Ayman Al-Hendy |
| 02/06/2025 | **Appearance Filed**<br>Defendant Aziz Ermatov Entry of Attorney Appearance<br>For Party: Ermatov, Aziz K.<br>File Stamp: 02/05/2025 |
| 02/06/2025 | **Answer Filed**<br>Defendant Aziz K. Ermatov's Answer and Affirmative Defenses to Plaintiff's Complaint.<br>Filed By: Ermatov, Aziz K.<br>File Stamp: 02/05/2025 |
| 02/25/2025 | **Answer Filed**<br>Answer of Amazon Logistics to Plaintiffs' Complaint<br>Filed By: AMAZON LOGISTICS<br>File Stamp: 02/24/2025 |
| 03/21/2025 | **Response Filed**<br>Plaintiffs' Response to Defendant Amazon Logistics' First Request for Admission<br>Filed By: Estate of Ronald Eugene Hall Sr Mary Hall P.R.<br>File Stamp: 03/20/2025 |
| 03/28/2025 | **Appearance Filed**<br>Appearance Form (Civil) Initiating Party<br>For Party: Estate of Ronald Eugene Hall Sr Mary Hall P.R.<br>File Stamp: 03/27/2025 |
| 03/28/2025 | **Appearance Filed**<br>Appearance Form (Civil) Initiating Party<br>For Party: Estate of Ronald Eugene Hall Sr Mary Hall P.R.<br>File Stamp: 03/27/2025 |

03/28/2025 **Appearance Filed**

Appearance Form (Civil) Initiating Party

For Party: Estate of Ronald Eugene Hall Sr Mary Hall P.R.

File Stamp: 03/27/2025

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Estate of Ronald Eugene Hall Sr Mary Hall P.R.

Plaintiff

Balance Due (as of 04/14/2025)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 11/21/2024 | Transaction Assessment | 232.00 |
| 11/21/2024 | Electronic Payment | (232.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

87D01-2411-CT-002347
Warrick Superior Court 1
Filed: 11/21/2024 10:50 AM
Clerk
Warrick County, Indiana

STATE OF INDIANA )
) SS:
COUNTY OF WARRICK )

IN THE WARRICK SUPERIOR COURT NO. 1

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

Plaintiff,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendants.

CAUSE NO. 87D01-2411-CT-_______

## COMPLAINT

The Plaintiff, Mary Hall, Widow and Personal Representative of the Estate of Ronald Eugene Hall, Sr., Deceased, for her Complaint against the Defendants, Ryder Truck Rental, Inc., Freight United, Inc., Amazon Logistics, and Aziz K. Ermatov, state the following:

1. Ronald Eugene Hall, Sr., at all times material herein, was operating a 2013 GMC Denali Terrain vehicle on October 7, 2024.
2. On October 7, 2024, the Plaintiff, Ronald Eugene Hall, Sr., was operating his motor vehicle in a westerly direction on State Road 68 near its intersection with the ramp from Interstate 69, in Warrick County, State of Indiana.

3. On said date, the Defendant, Aziz K. Ermatov, was operating a tractor freightliner Cascadia owned by the Defendant, Ryder Truck Rental, Inc., and operated by the Defendant, Freight United, Inc. in association with the Defendant, Amazon Logistics, at all times relevant herein.
4. At all times material herein, State Road 68 was a public roadway within the County of Warrick, State of Indiana.
5. At all times material herein, Interstate 69 was a public roadway within the County of Warrick, State of Indiana.
6. The Defendants caused said tractor/trailer to be operated in a negligent manner as it struck the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., the decedent.
7. The negligent actions of the Defendants proximately caused the collision between said tractor/trailer operated by the Defendant, Aziz K. Ermatov, who operated said tractor/trailer in a negligent manner as it exited off of Interstate 69, crashed into the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., causing his eventual death.
8. The negligent actions of the Defendants proximately caused the collision between the tractor/trailer operated by the Defendant, Aziz K. Ermatov, and the Decedent, Ronald Eugene Hall, Sr. As a further proximate result of the negligence of the Defendants as set out above, the decedent, Ronald Eugene Hall, Sr., sustained serious and life-threatening injuries from which he died on October 7, 2024.

9. As a further proximate result of the negligence of the Defendants, the Plaintiff, Estate of Ronald Eugene Hall, Sr., deceased, Mary Hall, Widow and Personal Representative, is entitled to recover all damages allowed under Indiana law as found at IC35-23-1-1, including but not limited to all said damages set out in the statute and pain and suffering endured by Ronald Eugene Hall, Sr., before his death.

10. As a further proximate result of the carelessness and negligence of the Defendants, Ryder Truck Rental, Inc., Freight United, Inc., Amazon Logistics, and Aziz K. Ermatov, Mary Hall experienced the ultimate loss in the death of her husband, Ronald Eugene Hall, Sr.

**WHEREFORE**, the Plaintiff, Mary Hall, Widow, and the Estate of Ronald Eugene Hall, Sr., pray for judgment from the Defendants with their Complaint in an amount which will fairly and fully compensate them for their damages, for the costs of this action, for their attorney fees, and for all other just and proper relief.

BERGER AND BERGER, LLP
P. O. Box 5128
Evansville, Indiana 47716
Telephone: (812) 425-8101

By: /s/ Charles L. Berger
Charles L. Berger
Attorney No. 2698-82
Attorneys for Plaintiffs

The Plaintiffs respectfully request trial by jury.

/s/ Charles L. Berger
Charles L. Berger, Esq.

87D01-2411-CT-002347
Warrick Superior Court 1
Filed: 11/21/2024 10:50 AM
Clerk
Warrick County, Indiana

# APPEARANCE FORM (CIVIL)

**Initiating Party**

Case Number: 87D01-2411-CT-
(To be supplied by Clerk at the time of filing)

/ / Check if Pro Se. NOTE: This form is not required for pro se protective orders.

1. The Estate of Ronald Eugene Hall, Sr. 2. ______
Name of initiating party Telephone number of Pro Se Initiating Party
(Supply names of additional initiating parties on continuation page.)

3. Attorney information (as applicable for service of process):

Name: Charles L. Berger, Esq. Atty Number: 2698-82
Address: Berger and Berger Phone: 812-425-8101
P. O Box 5128 FAX: 812-421-5909
Evansville, Indiana 47716 Computer Address: cberger@bergerlaw.com
(Supply information for additional attorneys on continuation page.)

4. Case Type requested: CT 5. Will accept FAX service: Yes ______ No XX
[See Administrative Rule 8(B)(3)]

6. Social Security numbers of all family members in proceedings involving support issues.

Name: ______ SS# ______
Name: ______ SS# ______
Name: ______ SS# ______
Name: ______ SS# ______
(Supply social security numbers for additional persons on continuation page.)

7. Are there related cases? Yes ______ No X If yes, list case and number below:

Caption ______ Case Number ______
Caption ______ Case Number ______
(Supply information for additional related cases on continuation page.)

8. Additional information required by state or local rule: ______

**APPEARANCE FORM (CIVIL) - Initiating Party: Continuation Page**

Case Number 87D01-2411-CT-________

Continuation of Item 1 (Names of initiating parties):

Name MARY HALL, PR  Phone (Pro se only)____________
Name ____________  Phone (Pro se only)____________
Name ____________  Phone (Pro se only)____________
Name ____________  Phone (Pro se only)____________
Name ____________  Phone (Pro se only)____________

Continuation of Item 3 (Attorney information, as applicable for service of process):

Name:____________  Atty Number:____________
Address:____________  Phone:____________
____________  FAX:____________
____________  Computer Address:____________

Name:____________  Atty Number:____________
Address:____________  Phone:____________
____________  FAX:____________
____________  Computer Address:____________

Name:____________  Atty Number:____________
Address:____________  Phone:____________
____________  FAX:____________
____________  Computer Address:____________

Continuance of Item 6 (Social Security number of family members in cases involving support):

Name:____________  SS#____________
Name:____________  SS#____________

Continuation of Item 7 (Caption and case number of related cases):

Caption ____________  Case Number____________
Caption ____________  Case Number____________

Authority: Pursuant to Trial Rule 3.1(A), this form shall be filed at the time an action is commenced. In emergencies, the requested information shall be supplied when it becomes available. Parties shall advise the court of a change in information previously provided to the court. This format is approved by the Division of State Court Administration.

Use additional continuation pages if needed.

87D01-2411-CT-002347
Warrick Superior Court 1
Filed: 11/21/2024 10:50 AM
Clerk
Warrick County, Indiana

STATE OF INDIANA )
) SS: WARRICK SUPERIOR COURT I
COUNTY OF WARRICK ) CAUSE NO. 87D01-2411-CT-

**SUMMONS**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, PERSONAL REPRESENTATIVE,

Plaintiffs,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendants.

**TO ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
The following manner of serve of summons is hereby designated: **CERTIFIED MAIL**
If not so designated, the Clerk shall cause serve to be made by mail.
Date 11/21/2024
BERGER AND BERGER
Attorney for Plaintiff Charles L. Berger, Esq.
Address P. O. Box 5128, Evansville, Indiana 47716
Phone (812) 425-8101

Patricia E. Perry Clerk
By ______ Deputy
(SEAL)

**CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of ______________, 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified) mail, requesting a return receipt signed by the addressee only, addressed to each of said defendant(s), at the addresses furnished by the plaintiff.
Dated______________________, 20____.
______________________ Clerk
By:______________________ Deputy

**RETURN ON SERVE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the ____ day of ________, 20____, and that a copy of the return receipt was received on the ________ day of ______________, 20____, which copy is attached herewith.
Dated______________________, 20____.
______________________ Clerk
By:______________________ Deputy

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:

1. By delivering personally on the ____________ day of ______________, 20____, a copy of the summons and a copy of the complaint to each of the within-named defendants.
2. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective dwelling place of abode with some person of suitable age and discretion whose duties or activities include prompt communication of such information to the person being served.
3. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective or usual place of business or employment with some person of suitable age and discretion whose usual duties or activities include prompt communication of such information to the person being served.

Whenever service is made on part 2. or 3., there shall be added:
That on the __________ day of ____________________, 20____, I sent by first-class mail a copy of the summons without the complaint to each of the within-named defendants.

**Chief Operating Officer**
**Ryder Truck Rental, Inc.**
**6000 Windward Parkway**
**Alpharetta, GA 30005**

______________________
Sheriff of Vanderburgh County, Indiana
By______________________ Deputy

87D01-2411-CT-002347
Warrick Superior Court 1
Filed: 11/21/2024 10:50 AM
Clerk
Warrick County, Indiana

STATE OF INDIANA )
) SS: WARRICK SUPERIOR COURT I
COUNTY OF WARRICK ) CAUSE NO. 87D01-2411-CT-

**SUMMONS**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, PERSONAL REPRESENTATIVE,

Plaintiffs,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendants.

**TO ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
The following manner of serve of summons is hereby designated: **CERTIFIED MAIL**
If not so designated, the Clerk shall cause serve to be made by mail.
Date 11/21/2024
BERGER AND BERGER — Patricia E. Perry Clerk
Attorney for Plaintiff Charles L. Berger, Esq.
Address P. O. Box 5128, Evansville, Indiana 47716 — By ____________ Deputy
Phone (812) 425-8101

SUPERIOR COURT No. 1 WARRICK INDIANA SEAL

**CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of ______________, 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified) mail, requesting a return receipt signed by the addressee only, addressed to each of said defendant(s), at the addresses furnished by the plaintiff.
Dated ______________________, 20____. ______________________ Clerk
By: ______________________ Deputy

**RETURN ON SERVE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the ____ day of ________, 20____, and that a copy of the return receipt was received on the ________ day of ______________, 20____, which copy is attached herewith.
Dated ______________________, 20____. ______________________ Clerk
By: ______________________ Deputy

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:

1. By delivering personally on the ____________ day of ______________, 20____, a copy of the summons and a copy of the complaint to each of the within-named defendants.
2. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective dwelling place of abode with some person of suitable age and discretion whose duties or activities include prompt communication of such information to the person being served.
3. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective or usual place of business or employment with some person of suitable age and discretion whose usual duties or activities include prompt communication of such information to the person being served.

Whenever service is made on part 2. or 3., there shall be added:

That on the __________ day of ____________________, 20____, I sent by first-class mail a copy of the summons without the complaint to each of the within-named defendants.

**Chief Operating Officer**
**Freight United, Inc.**
**1601 Bond Street, Suite 300**
**Naperville, IL 60563**

______________________________
Sheriff of Vanderburgh County, Indiana
By ______________________ Deputy

STATE OF INDIANA )
) SS: WARRICK SUPERIOR COURT I
COUNTY OF WARRICK ) CAUSE NO. 87D01-2411-CT-

**SUMMONS**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, PERSONAL REPRESENTATIVE,

Plaintiffs,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendants.

**TO ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
The following manner of serve of summons is hereby designated: **CERTIFIED MAIL**
If not so designated, the Clerk shall cause serve to be made by mail.
Date 11/21/2024
BERGER AND BERGER
Attorney for Plaintiff Charles L. Berger, Esq.
Address P. O. Box 5128, Evansville, Indiana 47716
Phone (812) 425-8101

**Patricia E. Perry** Clerk
By_________________ Deputy
(S E A L)

**CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of _______________, 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified) mail, requesting a return receipt signed by the addressee only, addressed to each of said defendant(s), at the addresses furnished by the plaintiff.
Dated________________________, 20____. ____________________Clerk
By:____________________Deputy

**RETURN ON SERVE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the ____ day of ________, 20____, and that a copy of the return receipt was received on the ________ day of _______________, 20____, which copy is attached herewith.
Dated________________________, 20____. ____________________Clerk
By:____________________Deputy

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:

1. By delivering personally on the ______________ day of _______________, 20____, a copy of the summons and a copy of the complaint to each of the within-named defendants.
2. By leaving on the _____ day of _______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective dwelling place of abode with some person of suitable age and discretion whose duties or activities include prompt communication of such information to the person being served.
3. By leaving on the _____ day of _______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective or usual place of business or employment with some person of suitable age and discretion whose usual duties or activities include prompt communication of such information to the person being served.

Whenever service is made on part 2. or 3., there shall be added:
That on the __________ day of ______________________, 20____, I sent by first-class mail a copy of the summons without the complaint to each of the within-named defendants.

**Chief Operating Officer**
**Amazon Logistics**
**1411 3rd Avenue**
**Caldwell, ID 83605**

____________________
Sheriff of Vanderburgh County, Indiana
By____________________Deputy

Filed: 11/21/2024 10:50 AM
Clerk
Warrick County, Indiana

STATE OF INDIANA ) 
) SS: WARRICK SUPERIOR COURT I
COUNTY OF WARRICK ) CAUSE NO. 87D01-2411-CT-

**SUMMONS**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, PERSONAL REPRESENTATIVE,

Plaintiffs,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendants.

**TO ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
The following manner of serve of summons is hereby designated: **CERTIFIED MAIL**
If not so designated, the Clerk shall cause serve to be made by mail.
Date 11/21/2024
BERGER AND BERGER
Attorney for Plaintiff Charles L. Berger, Esq.
Address P. O. Box 5128, Evansville, Indiana 47716
Phone (812) 425-8101

Patricia E. Perry Clerk
By ______________ Deputy
(S E A L)

**CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of ______________, 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified) mail, requesting a return receipt signed by the addressee only, addressed to each of said defendant(s), at the addresses furnished by the plaintiff.
Dated ______________________, 20____. ______________________ Clerk
By: ______________________ Deputy

**RETURN ON SERVE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the ___ day of ________, 20____, and that a copy of the return receipt was received on the ________ day of ______________, 20____, which copy is attached herewith.
Dated ______________________, 20____. ______________________ Clerk
By: ______________________ Deputy

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:

1. By delivering personally on the ____________ day of ______________, 20____, a copy of the summons and a copy of the complaint to each of the within-named defendants.
2. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective dwelling place of abode with some person of suitable age and discretion whose duties or activities include prompt communication of such information to the person being served.
3. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective or usual place of business or employment with some person of suitable age and discretion whose usual duties or activities include prompt communication of such information to the person being served.

Whenever service is made on part 2. or 3., there shall be added:

That on the __________ day of ____________________, 20____, I sent by first-class mail a copy of the summons without the complaint to each of the within-named defendants.

**Aziz K. Ermatov**
**1592 Union Street, Apt. 511**
**San Francisco, CA 94123**

______________________________
Sheriff of Vanderburgh County, Indiana
By ______________________ Deputy

Filed: 12/16/2024 11:26 AM
Warrick Superior Court 1
Warrick County, Indiana

STATE OF INDIANA )
) SS: WARRICK SUPERIOR COURT I
COUNTY OF WARRICK ) CAUSE NO. 87D01-2411-CT-002347

**ALIAS SUMMONS**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, PERSONAL REPRESENTATIVE,

Plaintiffs,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendants.

**TO ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
The following manner of serve of summons is hereby designated: **CERTIFIED MAIL**
If not so designated, the Clerk shall cause serve to be made by mail.
Date 12/16/2024

BERGER AND BERGER
Attorney for Plaintiff Charles L. Berger, Esq.
Address P. O. Box 5128, Evansville, Indiana 47716
Phone (812) 425-8101

**Patricia E. Perry** Clerk
By________________ Deputy
(S E A L)

SUPERIOR COURT WARRICK INDIANA

**CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of ______________, 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified) mail, requesting a return receipt signed by the addressee only, addressed to each of said defendant(s), at the addresses furnished by the plaintiff.
Dated______________________, 20____.
______________________Clerk
By:______________________Deputy

**RETURN ON SERVE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the ___ day of ________, 20___, and that a copy of the return receipt was received on the ________ day of ______________, 20____, which copy is attached herewith.
Dated______________________, 20____.
______________________Clerk
By:______________________Deputy

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:

1. By delivering personally on the _____________ day of ______________, 20____, a copy of the summons and a copy of the complaint to each of the within-named defendants.
2. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective dwelling place of abode with some person of suitable age and discretion whose duties or activities include prompt communication of such information to the person being served.
3. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective or usual place of business or employment with some person of suitable age and discretion whose usual duties or activities include prompt communication of such information to the person being served.

Whenever service is made on part 2. or 3., there shall be added:
That on the __________ day of ____________________, 20____, I sent by first-class mail a copy of the summons without the complaint to each of the within-named defendants.

**Chief Operating Officer**
**Amazon Logistics**
**c/o Wilson Elser Moskowitz Edelman & Dicker LLP**
**100 Mallard Creek Road, Suite 250**
**Louisville, KY 40207**

______________________________
Sheriff of Vanderburgh County, Indiana

By______________________Deputy

Filed: 12/14/2024 11:26 AM
Warrick Superior Court 1
Warrick County, Indiana

STATE OF INDIANA )
) SS: WARRICK SUPERIOR COURT I
COUNTY OF WARRICK ) CAUSE NO. 87D01-2411-CT-002347

**ALIAS SUMMONS**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, PERSONAL REPRESENTATIVE,

Plaintiffs,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendants.

**TO ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
The following manner of serve of summons is hereby designated: **CERTIFIED MAIL**
If not so designated, the Clerk shall cause serve to be made by mail.
Date 12/16/2024
BERGER AND BERGER
Attorney for Plaintiff Charles L. Berger, Esq.
Address P. O. Box 5128, Evansville, Indiana 47716
Phone (812) 425-8101

**Patricia E. Perry** Clerk
By________________ Deputy
(S E A L)

**CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of ____________, 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified) mail, requesting a return receipt signed by the addressee only, addressed to each of said defendant(s), at the addresses furnished by the plaintiff.
Dated________________, 20____. ________________ Clerk
By:________________ Deputy

**RETURN ON SERVE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the ____ day of ________, 20____, and that a copy of the return receipt was received on the ________ day of ____________, 20____, which copy is attached herewith.
Dated________________, 20____. ________________ Clerk
By:________________ Deputy

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:

1. By delivering personally on the __________ day of ____________, 20____, a copy of the summons and a copy of the complaint to each of the within-named defendants.
2. By leaving on the _____ day of ____________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective dwelling place of abode with some person of suitable age and discretion whose duties or activities include prompt communication of such information to the person being served.
3. By leaving on the _____ day of ____________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective or usual place of business or employment with some person of suitable age and discretion whose usual duties or activities include prompt communication of such information to the person being served.

Whenever service is made on part 2. or 3., there shall be added:
That on the ________ day of ________________, 20____, I sent by first-class mail a copy of the summons without the complaint to each of the within-named defendants.

**Aziz K. Ermatov**
**c/o Freight United, Inc.**
**1601 Bond Street, Suite 300**
**Naperville, IL 60563**

____________________
Sheriff of Vanderburgh County, Indiana

By____________________ Deputy

STATE OF INDIANA )
) SS: WARRICK SUPERIOR COURT I
COUNTY OF WARRICK ) CAUSE NO. 87D01-2411-CT-002347

**ALIAS SUMMONS**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, PERSONAL REPRESENTATIVE,

Plaintiffs,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendants.

**TO ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which the plaintiff has made and wants from you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
The following manner of serve of summons is hereby designated: **CERTIFIED MAIL**
If not so designated, the Clerk shall cause serve to be made by mail.
Date 12/16/2024
BERGER AND BERGER
Attorney for Plaintiff Charles L. Berger, Esq.
Address P. O. Box 5128, Evansville, Indiana 47716
Phone (812) 425-8101

**Patricia E. Perry** Clerk
By ______ Deputy
(S E A L)

**CERTIFICATE OF MAILING**

I hereby certify that on the ____ day of ______________, 20____, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified) mail, requesting a return receipt signed by the addressee only, addressed to each of said defendant(s), at the addresses furnished by the plaintiff.
Dated______________________, 20____. ______________________ Clerk
By: ______________________ Deputy

**RETURN ON SERVE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the ____ day of ________, 20____, and that a copy of the return receipt was received on the ________ day of ______________, 20____, which copy is attached herewith.
Dated______________________, 20____. ______________________ Clerk
By: ______________________ Deputy

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:

1. By delivering personally on the ____________ day of ______________, 20____, a copy of the summons and a copy of the complaint to each of the within-named defendants.
2. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective dwelling place of abode with some person of suitable age and discretion whose duties or activities include prompt communication of such information to the person being served.
3. By leaving on the _____ day of ______________, 20____, for each of the within-named defendants a copy of the summons and a copy of the complaint at the respective or usual place of business or employment with some person of suitable age and discretion whose usual duties or activities include prompt communication of such information to the person being served.

Whenever service is made on part 2. or 3., there shall be added:
That on the __________ day of ____________________, 20____, I sent by first-class mail a copy of the summons without the complaint to each of the within-named defendants.

**Chief Operating Officer**
**Amazon Logistics, Inc., a Delaware corporation**
**410 Terry Ave North**
**Seattle, WA 98126**

______________________
Sheriff of Vanderburgh County, Indiana

By______________________ Deputy

STATE OF INDIANA | WARRICK SUPERIOR COURT NO. 1

COUNTY OF WARRICK

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE

Plaintiff(s),

vs.

CAUSE NO: 87D01-2411-CT-002347

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendant(s).

**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is: Responding
The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**Ryder Truck Rental, Inc.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

Thomas S. Ehrhardt
KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307

Atty Number: 18621-45
Telephone: (219) 794-1888
Facsimile: (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys

contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a civil tort case type as defined in administrative Rule 8(B)(3).

4. I will accept service by:
   Fax at the above noted number: NO
   Email at the above noted address: YES

5. This case involves child support issues: NO

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no–contact order: NO

7. This case involves a petition for involuntary commitment: NO

8. There are related cases: NO

9. Additional information required by local rule: NONE

10. There are other party members: NO

11. This form has been served on all other parties and Certificate of Service is attached: YES

12. Defendant, Ryder Truck Rental, Inc., respectfully demands a jury trial.

Respectfully submitted,

KOPKA PINKUS DOLIN PC

*<u>/s/Thomas S. Ehrhardt</u>*
Thomas S. Ehrhardt, (#18621-45)
Attorney for Ryder Truck Rental, Inc.

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel: (219) 794-1888
Fax: (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January 2025, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Charles L Berger
Berger and Berger, LLP
P.O. Box 5128
Evansville, IN 47716

*/s/Genevieve Richardson*
Genevieve Richardson

Filed: 1/16/2025 4:01 PM
Warrick Superior Court 1
Warrick County, Indiana

STATE OF INDIANA | WARRICK SUPERIOR COURT NO. 1

COUNTY OF WARRICK

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE

Plaintiff(s),

vs. | CAUSE NO: 87D01-2411-CT-002347

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendant(s).

**MOTION FOR ADDITIONAL TIME TO PLEAD OR OTHERWISE RESPOND**

Come now Defendant, Ryder Truck Rental, Inc., by counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and pursuant to LR87-TR6-11 respectfully requests an additional thirty (30) days within which to answer or otherwise respond to the Plaintiffs' Complaint making its Answer due February 15, 2025.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: *s/Thomas S. Ehrhardt*
Thomas S. Ehrhardt (#18621-45)
Attorney for Defendant, Ryder Truck Rental, Inc.

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel: (219) 794-1888
Fax: (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January 2025, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Charles L Berger
Berger and Berger, LLP
P.O. Box 5128
Evansville, IN 47716

*s/Genevieve Richardson*
Genevieve Richardson

STATE OF INDIANA | WARRICK SUPERIOR COURT NO. 1

COUNTY OF WARRICK

WARRICK CIRCUIT & SUPERIOR COURTS
January 17, 2025
Warrick County, Indiana

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE

Plaintiff(s),

vs.

CAUSE NO: 87D01-2411-CT-002347

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendant(s).

**ORDER ON DEFENDANT'S MOTION FOR ADDITIONAL TIME TO PLEAD OR OTHERWISE RESPOND**

This matter comes before the Court on Defendant, Ryder Truck Rental, Inc.'s Motion for Additional Time to Plead or Otherwise Respond to Plaintiffs' Complaint:

The Court being duly advised in the premises hereby orders that Defendant, Ryder Truck Rental, Inc. is allowed an additional thirty (30) days in which to respond to Plaintiffs' Complaint, up to and including February 15, 2025.

SO ORDERED this **January 17, 2025**

Magistrate / Judge, Warrick Superior Court

**Distribution:**
Thomas S. Ehrhardt
Charles L. Berger

Filed: 1/23/2025 10:16 AM
Warrick Superior Court 1
Warrick County, Indiana

STATE OF INDIANA )
) SS:
COUNTY OF WARRICK )

IN THE WARRICK SUPERIOR COURT NO. 1

THE ESTATE OF RONALD EUGENE )
HALL, SR., DECEASED, )
) CAUSE NO. 87D01-2411-CT-2347
MARY HALL, WIDOW AND )
PERSONAL REPRESENTATIVE, )
)
Plaintiff, )
)
v. )
)
RYDER TRUCK RENTAL, INC., )
FREIGHT UNITED, INC., )
AMAZON LOGISTICS, and )
AZIZ K. ERMATOV, )
)
Defendants. )

**MOTION FOR ENTRY OF DEFAULT**

Comes now the Plaintiff, by counsel, Charles L. Berger of the firm of Berger & Berger, LLP, and pursuant to Indiana Rules of Trial Procedure Rule 55 (A) moves the Court to enter the default against the Defendant, Freight United, Inc., for the reason that Freight United, Inc., was properly served on November 26, 2024, and was then given until January 17, 2025, to appear. As of the date of the filing of this Motion, no Appearance has been entered on behalf of the Defendant, Freight United, Inc., and the Plaintiff is entitled to an Entry of Default in this matter.

**WHEREFORE**, the Plaintiff, by counsel, respectfully requests the Court to enter default pursuant to the Indiana Rules of Trial Procedure.

I affirm under the penalties of perjury that the foregoing representations are true to the best of my knowledge and belief.

Respectfully Submitted,

/s/ Charles L. Berger
CHARLES L. BERGER
A Member of the Firm of
BERGER & BERGER, LLP
P. O. Box 5128
Evansville, Indiana 47716
cberger@bergerlaw.com
Telephone Number: (812) 425-8101
Attorney No. 2698-82
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I certify that I have complied with the electronic filing requirements of the Indiana Supreme Court and that all parties of record have received a copy of this pleading on the 23rd day of January, 2025.

By: /s/ Charles L. Berger
Charles L. Berger, Esq.

Filed: 1/23/2025 10:46 AM
Warrick Superior Court 1
Warrick County, Indiana

| | | |
|---|---|---|
| **STATE OF INDIANA** | **)** | **IN THE WARRICK SUPERIOR COURT** |
| | **) SS:** | |
| **COUNTY OF WARRICK** | **)** | **CAUSE NO. 87D01-2411-CT-002347** |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

Plaintiff,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, AND AZIZ K. ERMATOV.

Defendants.

## ENTRY OF APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

   Initiating ____ Responding __X__ Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: **Freight United, Inc.**

   Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   ______________________________________________

   ______________________________________________

   Telephone # of party:______________________________________________

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

Kelly V. Milam (#29020-45)
Gordon Rees Scully Mansukhani, LLP
One North Wacker, Suite 1600
Chicago, Illinois 60606
T: (312) 980-6787
Kmilam@grsm.com

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on* ***light green paper****. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

________ Attorney's address

________ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

________ Another address (provide)

______________________________________________

This case involves a petition for involuntary commitment. Yes ____ No _X___

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

   ________________________________________

   b. State of Residence of person subject to petition: _______________

   c. At least one of the following pieces of identifying information:

   (i) Date of Birth ___________

   (ii) Driver's License Number ______________________

   State where issued _____________ Expiration date __________

   (iii) State ID number ____________________________

   State where issued _____________ Expiration date ___________

   (iv) FBI number __________________________

   (v) Indiana Department of Corrections Number _______________________

   (vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

7. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule: ______________________________________________________________________

9. There are other party members: Yes ____ No__X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes_X__ No___

11. I have reviewed and discussed the Commitment to Respect and Civility with my client.

*/s/ Kelly V. Milam*
Attorney-at-Law
(Attorney information shown above.)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2025, the foregoing document was electronically filed with the Clerk of this Court using the IEFS and served upon all counsel of record.

By: /s/ K. V. Milam
Kelly V. Milam

Filed: 1/23/2025 10:46 AM
Warrick Superior Court 1
Warrick County, Indiana

| | | |
|---|---|---|
| **STATE OF INDIANA** | **)** | **IN THE WARRICK SUPERIOR COURT** |
| | **) SS:** | |
| **COUNTY OF WARRICK** | **)** | **CAUSE NO. 87D01-2411-CT-002347** |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

Plaintiff,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, AND AZIZ K. ERMATOV.

Defendants.

**ENTRY OF APPEARANCE BY ATTORNEY IN CIVIL CASE**

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

   Initiating ____ Responding __X__ Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: **Freight United, Inc.**

   Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   ______________________________________________

   ______________________________________________

   Telephone # of party:__________________________________

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

Omar Al-Hendy (#38429-45)
Gordon Rees Scully Mansukhani, LLP
One North Wacker, Suite 1600
Chicago, Illinois 60606
T: (312) 465-9001
oal-hendy@grsm.com

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on* ***light green paper****. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

________ Attorney's address

________ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

________ Another address (provide)

______________________________________________________

This case involves a petition for involuntary commitment. Yes ____ No _X___

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

______________________________________________

b. State of Residence of person subject to petition: _______________

c. At least one of the following pieces of identifying information:

(i) Date of Birth ___________

(ii) Driver's License Number _______________________

State where issued _____________ Expiration date __________

(iii) State ID number _____________________________

State where issued _____________ Expiration date ___________

(iv) FBI number ___________________________

(v) Indiana Department of Corrections Number ________________________

(vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

7. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule: ________________________________________________________________________

9. There are other party members: Yes ____ No__X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

Yes_X__ No___

11. I have reviewed and discussed the Commitment to Respect and Civility with my client.

*/s/ Omar Al-Hendy*
Attorney-at-Law
(Attorney information shown above.)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2025, the foregoing document was electronically filed with the Clerk of this Court using the IEFS and served upon all counsel of record.

By: /s/ Omar Al-Hendy
Omar Al-Hendy

Filed: 1/23/2025 10:46 AM
Warrick Superior Court 1
Warrick County, Indiana

| | | |
|---|---|---|
| **STATE OF INDIANA** | **)** | **IN THE WARRICK SUPERIOR COURT** |
| | **) SS:** | |
| **COUNTY OF WARRICK** | **)** | **CAUSE NO. 87D01-2411-CT-002347** |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

Plaintiff,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, AND AZIZ K. ERMATOV.

Defendants.

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendant, Freight United, Inc. (collectively referred to as the "Defendant"), by and through its attorneys of Gordon Rees Scully Mansukhani, LLP, and respectfully move the Court for an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint ("Complaint"). In support thereof, Defendant states as follows:

1. Plaintiff filed his Complaint on November 21, 2024, in the Warrick Superior Court.

2. Defendant was served a copy of Plaintiff's Complaint on or about December 17, 2024, via Email, but due to the holidays, Defendant's Counsel did not receive a copy of Plaintiff's Complaint until January 23, 2025.

3. Undersigned counsel requires additional time to answer or otherwise respond to the Complaint.

4. Accordingly, Defendant now moves to extend the time by which they must respond to

Plaintiff's Complaint by thirty (30) days, up to and including February 21, 2025.

5. This motion is made in good faith and not interposed for purposes of delay.

WHEREFORE, Defendant, Freight United Inc., respectfully request this Court grant its request for an additional thirty (30) days in which to respond to Plaintiff's Complaint, up to and including February 21, 2025.

Dated: January 23, 2025

Respectfully submitted,

*/s/ Kelly V. Milam*

Kelly V. Milam (#29020-45)
Omar Al-Hendy (38429-45)
Gordon Rees Scully Mansukhani, LLP
One North Wacker Drive, Suite 1600
Chicago, Illinois 60606
T: (312) 980-6787
kmilam@grsm.com
oal-hendy@grsm.com
*Attorneys for Defendant, Freight United Inc.,*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on January 23, 2025, a true and complete copy of foregoing document was served upon all counsel of record via IEFS.

/s/ *Kelly V. Milam*
Kelly V. Milam

| | | |
|---|---|---|
| **STATE OF INDIANA** | **)** | **IN THE WARRICK SUPERIOR COURT** |
| | **) SS:** | |
| **COUNTY OF WARRICK** | **)** | **CAUSE NO. 87D01-2411-CT-002347** |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

Plaintiff,

v.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, AND AZIZ K. ERMATOV.

Defendants.

WARRICK CIRCUIT & SUPERIOR COURTS
January 24, 2025
Warrick County, Indiana

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Upon the unopposed motion of Defendant, Freight United Inc., for a 30-day extension of time, up to and including February 21, 2025, within which it may file its responsive pleading.

IT IS HEREBY ORDERED that Defendant's unopposed motion for an extension of time is granted. Freight United Inc. shall have up to and including February 21, 2025 to file its Answer to Plaintiff's Complaint.

**SO ORDERED:** **January 24, 2025**

DATED: January 23, 2025

~~Judge~~ Magistrate

Order Prepared by:
Omar Al-Hendy
Gordon Rees Scully Mansukhani, LLP
600 E. 96th St, Suite 501
Indianapolis, IN, 46240
Ph: 312-565-1400
Email: oal-hendy@grsm.com

Distribution:
Service of this proposed order will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

Filed: 1/27/2025 4:14 PM
Warrick Superior Court 1
Warrick County, Indiana

STATE OF INDIANA ) IN THE WARRICK SUPERIOR COURT
) SS:
COUNTY OF WARRICK ) CAUSE NO. 87D01-2411-CT-002347

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

and

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

*Plaintiffs*,

v.

RYDER TRUCK RENTAL, INC.;
FREIGHT UNITED, INC.;
AMAZON LOGISTICS; and
AZIZ ERMATOV,

*Defendants*.

**APPEARANCE BY ATTORNEY IN CIVIL CASE**

1. The party on whose behalf this form is being filed is:
   Initiating ____ Responding X Intervening ____ ; and

   The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: Amazon Logistics

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Edward M. O'Brien Atty Number: 32092-39

   Address: Wilson Elser Moskowitz Edelman & Dicker LLP
   100 Mallard Creek Road, Suite 250
   Louisville, KY 40207

   Phone: 502.238.7851

FAX: 502.238.7844

Email Address: edward.obrien@wilsonelser.com

3. This is a ___CT___ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on* ***light green paper****. Use Form TCM-TR3. 1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service: **N/A**

______ Attorney's address

______ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

______ Another address (provide) ____________________

This case involves a petition for involuntary commitment. Yes ____ No _X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment: **N/A**

7. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule: ____________________

9. There are other party members: Yes ____ No __X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached: Yes __X__ No _____

**DATED: January 27, 2025**.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

***/s/ Edward M. O'Brien***

Edward M. O'Brien, Attorney No. 32092-39
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.7851
502.238.7844 (facsimile)
edward.obrien@wilsonelser.com
*Counsel for Defendant Amazon Logistics*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on January 27, 2025, with the Warrick Superior Court using the Indiana Electronic Filing System ("IEFS"), which will send notice of filing to all counsel of record in this case.

***/s/ Edward M. O'Brien***
*Counsel for Defendant Amazon Logistics*

Filed: 1/27/2025 4:14 PM
Warrick Superior Court 1
Warrick County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE WARRICK SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF WARRICK | ) | CAUSE NO. 87D01-2411-CT-002347 |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

and

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

*Plaintiffs*,

v.

RYDER TRUCK RENTAL, INC.;
FREIGHT UNITED, INC.;
AMAZON LOGISTICS; and
AZIZ ERMATOV,

*Defendants*.

**DEFENDANT AMAZON LOGISTICS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Amazon Logistics ("Amazon"), by and through undersigned counsel, hereby moves for an enlargement of time of thirty (30) days to respond to Plaintiffs' Complaint. As grounds, Amazon states as follows:

1. Plaintiffs filed their Complaint with this Court on November 21, 2024.

2. Amazon received a copy of the Complaint on January 2, 2025, via alias summons directed toward the undersigned counsel.

3. Undersigned counsel requires additional time to respond to the Complaint.

4. Counsel for Plaintiffs have advised he has no objection to a thirty-day enlargement of time for Amazon to respond to the Complaint.



307437519v.1

5. This Motion is not made in bad faith or for the purpose of causing undue delay, and will not prejudice any party to this action, as other Defendants have sought and obtained similar extensions of time.

**WHEREFORE**, Defendant Amazon Logistics respectfully requests the Court grant an enlargement of time of thirty (30) days by which it must respond to Plaintiffs' Complaint, making its response due on or before February 24, 2025.

**DATED: January 27, 2025**.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

***/s/ Edward M. O'Brien***
Edward M. O'Brien, Attorney No. 32092-39
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.7851
502.238.7844 (facsimile)
edward.obrien@wilsonelser.com
*Counsel for Defendant Amazon Logistics*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on January 27, 2025, with the Warrick Superior Court using the Indiana Electronic Filing System ("IEFS"), which will send notice of filing to all counsel of record in this case.

***/s/ Edward M. O'Brien***
*Counsel for Defendant Amazon Logistics*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE WARRICK SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF WARRICK | ) | CAUSE NO. 87D01-2411-CT-002347 |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

and

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

*Plaintiffs*,

v.

RYDER TRUCK RENTAL, INC.;
FREIGHT UNITED, INC.;
AMAZON LOGISTICS; and
AZIZ ERMATOV,

*Defendants*.

WARRICK CIRCUIT & SUPERIOR COURTS
January 29, 2025
Warrick County, Indiana

**ORDER GRANTING DEFENDANT AMAZON LOGISTICS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

This matter is before the Court on the motion of Defendant Amazon Logistics for an enlargement of time of thirty (30) days to respond to Plaintiffs' Complaint. The Court having considered the Motion and being sufficiently advised, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. Defendant Amazon Logistics **SHALL** respond to Plaintiffs' Complaint on or before **February 24, 2025.**

**DATED**: January 29, 2025

[signature]
~~Judge~~, Warrick Superior Court
Magistrate

**Distribution:** All counsel of record via IEFS.

Filed: 1/3/2025 2:12 PM
Warrick Superior Court 1
Warrick County, Indiana

**STATE OF INDIANA ) IN THE WARRICK SUPERIOR COURT**
**) SS:**
**COUNTY OF WARRICK ) CAUSE NO: 87D01-2411-CT-002347**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, )
)
Plaintiff, )
)
v. )
)
RYDER TRUCK RENTAL, INC. FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV )

Defendants.

**ENTRY OF APPEARANCE BY ATTORNEY IN CIVIL CASE**

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

   Initiating ____ Responding __X__ Intervening ____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: **Ryder Truck Rental, Inc.,**

   Address of party (*see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   ____________________________________________

   ____________________________________________

   Telephone # of party:____________________________

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Omar Al-Hendy (38429-45)
   Gordon Rees Scully Mansukhani, LLP
   1 N. Wacker Drive Suite 1600
   Chicago, IL 60606
   (312) 565-1400 phone
   (312) 565-6511 facsimile
   oal-hendy@grsm.com

   **IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance.

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ (*If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

________ Attorney's address

________ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

________ Another address (provide)

______________________________________________

This case involves a petition for involuntary commitment. Yes ____ No _X___

6. If yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

   ______________________________________

   b. State of Residence of person subject to petition: _______________

   c. At least one of the following pieces of identifying information:

      (i) Date of Birth ___________

      (ii) Driver's License Number ______________________

      State where issued _____________ Expiration date __________

(iii) State ID number ______________________________

State where issued ______________ Expiration date ____________

(iv) FBI number ____________________________

(v) Indiana Department of Corrections Number ________________________

(vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

7. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule: __________________________________________________________________________

9. There are other party members: Yes __ No __x__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties Certificate of Service is attached:

Yes _X__ No___

11. I have reviewed and discussed the Commitment to Respect and Civility with my client.

*/s/ Omar Al-Hendy*
Attorney-at-Law
(Attorney information shown above.)

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2025, I electronically filed the foregoing document(s) using the Indiana E-Filing System, via Tylerhost.net, which will send notification of such filing(s) to all counsel(s) of record.

By: /s/ Omar Al-Hendy
Omar Al-Hendy

**STATE OF INDIANA** ) **IN THE WARRICK SUPERIOR COURT**
) **SS:**
**COUNTY OF WARRICK** ) **CAUSE NO: 87D01-2411-CT-002347**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, )

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE, )

Plaintiff, )

v. )

RYDER TRUCK RENTAL, INC. FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV )

Defendants. )

**DEFENDANT FREIGHT UNITED, INC.'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Freight United, Inc. (hereinafter "Defendant"), by and through his attorneys, Gordon Rees Scully Mansukhani, LLP, and for his Answer and Affirmative Defenses to Plaintiff, The Estate of Ronald Eugene Hall, Sr., Deceased, Mary Hall, Widow and Personal Representative ("Plaintiff"), Complaint ("Complaint"), states as follows:

**COMPLAINT**

1. Ronald Eugene Hall, Sr., at all times material herein, was operating a 2013 GMC Denali Terrain Vehicle on October 7, 2024.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and therefore denies the same.**

2. On October 7, 2024, the Plaintiff, Ronald Eugene Hall, Sr., was operating his motor vehicle in a westerly direction on State Road 68 near its intersection with the ramp from Interstate

69, in Warrick County, State of Indiana.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and therefore denies the same.**

3. On said date, the Defendant, Aziz K. Ermatov, was operating a tractor freightliner Cascadia owned by the Defendant, Ryder Truck Rental, Inc., and operated by the Defendant, Freight United, Inc. in association with the Defendant, Amazon Logistics, at all times relevant herein.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint and therefore denies the same.**

4. At all times material herein, State Road 68 was a public roadway within the County of Warrick, State of Indiana.

**ANSWER: Defendant admits to the allegations in Paragraph 4 of Plaintiff's Complaint.**

5. At all times material herein, Interstate 69 was a public roadway within the County of Warrick, State of Indiana.

**ANSWER: Defendant admits to the allegations in Paragraph 5 of Plaintiff's Complaint.**

6. The Defendants caused said tractor/trailer to be operated in a negligent manner as it struck the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., the Decedent.

**ANSWER: Defendant denies the allegations in Paragraph 6 insofar as it relates to Freight United, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and therefore denies the same.**

7. The negligent actions of the Defendants proximately caused the collision between

said tractor/trailer operated by the Defendant, Azia K. Ermatov, who operated said tractor/trailer in a negligent manner as it exited off of Interstate 69, crashed into the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., causing his eventual death.

**ANSWER: Defendant denies the allegations in Paragraph 7 insofar as it relates to Freight United, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and therefore denies the same.**

8. The negligent actions of the Defendants proximately caused the collision between the tractor/trailer operated by the Defendant, Aziz K. Ermatov, and the Decedent, Ronald Eugene Hall. As a further proximate result of the negligence of the Defendants as set out above, the decedent, Ronald Eugene Hall, Sr., sustained serious and life-threatening injuries from which he died on October 7, 2024.

**ANSWER: Defendant denies the allegations in Paragraph 8 insofar as it relates to Freight United, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and therefore denies the same.**

9. As a further proximate result of the negligence of the Defendants, the Plaintiff, Estate of Ronald Eugene Hall, Sr., deceased, Mary Hall, Widow and Personal Representative, is entitled to recover all damages allowed under Indiana law as found at IC35-23-1-1, including but not limited to all said damages set out in the statute and pain and suffering endured by Ronald Eugene Hall, Sr., before his death.

**ANSWER: Defendant denies the allegations in Paragraph 9 insofar as it relates to Freight United, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of**

**the allegations contained in Paragraph 9 and therefore denies the same.**

10. As a further proximate result of the carelessness and negligence of the Defendants, Ryder Truck Rental, Inc., Freight United, Inc., Amazon Logistics, and Aziz K. Ermatov, Mary Hall experienced the ultimate loss in the death of her husband, Ronald Eugene Hall, Sr.

**ANSWER: Defendant denies the allegations in Paragraph 10 insofar as it relates to Freight United, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 and therefore denies the same.**

Defendant, Freight United, Inc., respectfully requests this Court deny Plaintiff's request for judgment against Freight United, Inc.

## AFFIRMATIVE DEFENSES

Defendant, Freight United, Inc. ("Defendant"), by counsel, hereby gives notice that he will rely upon the following affirmative defenses, among others:

1. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

2. Plaintiff failed to mitigate her damages, if any.

3. Plaintiff's damages were caused in whole or in part by Decedent's own comparative fault and conduct.

4. Plaintiff is barred from recovery because Decedent's comparative fault is greater than 50% of the total fault involved in causing the damages alleged in Plaintiff's Complaint.

5. Plaintiff may have received payments from other persons and/or companies which constitute an accord, satisfaction, and/or collateral source set-off.

6. Defendant incorporates herein by reference any and all affirmative defenses raised by any other Co-Defendant in this matter.

7. Defendant reserves the right to assert additional defenses as discovery is ongoing and not yet complete.

WHEREFORE, Defendant, Freight United, Inc., denies all allegations of liability, denies that Plaintiff is entitled to a judgment for any sum whatsoever, denies that Plaintiff is entitled to any damages based upon the above claims of liability, and prays for judgment in its favor and against Plaintiff, plus costs of this action.

Dated: February 3, 2025

Respectfully submitted,

*/s/ Omar Al-Hendy*
Kelly V. Milam (#29020-45)
Omar Al-Hendy (#38429-45)
Gordon Rees Scully Mansukhani LLP
600 E. 96th St., Suite 501
Indianapolis, IN, 46240
T: (317) 713-0905
kmilam@grsm.com
oal-hendy@grsm.com
*Attorneys for Defendant Freight United, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2025, I electronically filed and served the foregoing document(s) using the Indiana E-Filing System, via Indiana Tylerhost., upon all counsel of parties receiving IEFS notices of record.

Charles L. Berger
Berger & Berger, LLP
P.O. Box 5128
Evansville, Indiana, 47716
T: (812) 425-8101
*Attorney for Plaintiff*

*/s/ Omar Al-Hendy*
Omar Al-Hendy

**STATE OF INDIANA ) IN THE WARRICK SUPERIOR COURT**
**) SS:**
**COUNTY OF WARRICK ) CAUSE NO: 87D01-2411-CT-002347**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, )
)
MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE, )
)
Plaintiff, )
)
v. )
)
RYDER TRUCK RENTAL, INC. FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV )
)
Defendants. )

**DEFENDANT RYDER TRUCK RENTAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Ryder Truck Rental, Inc. (hereinafter "Defendant"), by and through his attorneys, Gordon Rees Scully Mansukhani, LLP, and for his Answer and Affirmative Defenses to Plaintiff, The Estate of Ronald Eugene Hall, Sr., Deceased, Mary Hall, Widow and Personal Representative ("Plaintiff"), Complaint ("Complaint"), states as follows:

**COMPLAINT**

1. Ronald Eugene Hall, Sr., at all times material herein, was operating a 2013 GMC Denali Terrain Vehicle on October 7, 2024.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and therefore denies the same.**

2. On October 7, 2024, the Plaintiff, Ronald Eugene Hall, Sr., was operating his motor vehicle in a westerly direction on State Road 68 near its intersection with the ramp from Interstate

69, in Warrick County, State of Indiana.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and therefore denies the same.**

3. On said date, the Defendant, Aziz K. Ermatov, was operating a tractor freightliner Cascadia owned by the Defendant, Ryder Truck Rental, Inc., and operated by the Defendant, Freight United, Inc. in association with the Defendant, Amazon Logistics, at all times relevant herein.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint and therefore denies the same.**

4. At all times material herein, State Road 68 was a public roadway within the County of Warrick, State of Indiana.

**ANSWER: Defendant admits to the allegations in Paragraph 4 of Plaintiff's Complaint.**

5. At all times material herein, Interstate 69 was a public roadway within the County of Warrick, State of Indiana.

**ANSWER: Defendant admits to the allegations in Paragraph 5 of Plaintiff's Complaint.**

6. The Defendants caused said tractor/trailer to be operated in a negligent manner as it struck the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., the Decedent.

**ANSWER: Defendant denies the allegations in Paragraph 6 insofar as it relates to Ryder Truck Rental, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and therefore denies the same.**

7. The negligent actions of the Defendants proximately caused the collision between

said tractor/trailer operated by the Defendant, Azia K. Ermatov, who operated said tractor/trailer in a negligent manner as it exited off of Interstate 69, crashed into the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., causing his eventual death.

**ANSWER: Defendant denies the allegations in Paragraph 7 insofar as it relates to Ryder Truck Rental, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and therefore denies the same.**

8. The negligent actions of the Defendants proximately caused the collision between the tractor/trailer operated by the Defendant, Aziz K. Ermatov, and the Decedent, Ronald Eugene Hall. As a further proximate result of the negligence of the Defendants as set out above, the decedent, Ronald Eugene Hall, Sr., sustained serious and life-threatening injuries from which he died on October 7, 2024.

**ANSWER: Defendant denies the allegations in Paragraph 8 insofar as it relates to Ryder Truck Rental, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and therefore denies the same.**

9. As a further proximate result of the negligence of the Defendants, the Plaintiff, Estate of Ronald Eugene Hall, Sr., deceased, Mary Hall, Widow and Personal Representative, is entitled to recover all damages allowed under Indiana law as found at IC35-23-1-1, including but not limited to all said damages set out in the statute and pain and suffering endured by Ronald Eugene Hall, Sr., before his death.

**ANSWER: Defendant denies the allegations in Paragraph 9 insofar as it relates to Ryder Truck Rental, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of**

**the allegations contained in Paragraph 9 and therefore denies the same.**

10. As a further proximate result of the carelessness and negligence of the Defendants, Ryder Truck Rental, Inc., Freight United, Inc., Amazon Logistics, and Aziz K. Ermatov, Mary Hall experienced the ultimate loss in the death of her husband, Ronald Eugene Hall, Sr.

**ANSWER: Defendant denies the allegations in Paragraph 10 insofar as it relates to Ryder Truck Rental, Inc. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 and therefore denies the same.**

Defendant, Ryder Truck Rental, Inc., respectfully requests this Court deny Plaintiff's request for judgment against Ryder Truck Rental, Inc.

## AFFIRMATIVE DEFENSES

Defendant, Ryder Truck Rental, Inc. ("Defendant"), by counsel, hereby gives notice that he will rely upon the following affirmative defenses, among others:

1. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

2. Plaintiff failed to mitigate her damages, if any.

3. Plaintiff's damages were caused in whole or in part by Decedent's own comparative fault and conduct.

4. Plaintiff is barred from recovery because Decedent's comparative fault is greater than 50% of the total fault involved in causing the damages alleged in Plaintiff's Complaint.

5. Plaintiff may have received payments from other persons and/or companies which constitute an accord, satisfaction, and/or collateral source set-off.

6. Defendant incorporates herein by reference any and all affirmative defenses raised by any other Co-Defendant in this matter.

7. Defendant reserves the right to assert additional defenses as discovery is ongoing and not yet complete.

WHEREFORE, Defendant, Ryder Truck Rental, Inc., denies all allegations of liability, denies that Plaintiff is entitled to a judgment for any sum whatsoever, denies that Plaintiff is entitled to any damages based upon the above claims of liability, and prays for judgment in its favor and against Plaintiff, plus costs of this action.

Dated: February 3, 2025

Respectfully submitted,

*/s/ Omar Al-Hendy*
Kelly V. Milam (#29020-45)
Omar Al-Hendy (#38429-45)
Gordon Rees Scully Mansukhani LLP
600 E. 96th St., Suite 501
Indianapolis, IN, 46240
T: (317) 713-0905
kmilam@grsm.com
oal-hendy@grsm.com
*Attorneys for Defendant Ryder Truck Rental, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2025, I electronically filed and served the foregoing document(s) using the Indiana E-Filing System, via Indiana Tylerhost, upon all counsel of parties receiving IEFS notices of record.

Charles L. Berger
Berger & Berger, LLP
P.O. Box 5128
Evansville, Indiana, 47716
T: (812) 425-8101
*Attorney for Plaintiff*

*/s/ Omar Al-Hendy*
Omar Al-Hendy

Filed: 2/4/2025 11:24 AM
Warrick Superior Court 1
Warrick County, Indiana

STATE OF INDIANA WARRICK SUPERIOR COURT NO. 1

COUNTY OF WARRICK

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE

Plaintiff(s),

vs. CAUSE NO: 87D01-2411-CT-002347

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendant(s).

# MOTION TO WITHDRAW AS COUNSEL

Comes now Defendant, Ryder Truck Rental, Inc., by counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and respectfully requests that this Court withdraw the Appearance of Thomas S. Ehrhardt and Kopka Pinkus Dolin as counsel of record for the Defendant, Ryder Truck Rental, Inc. Omar Al-Hendy of Gordon Rees Scully Mansukhani, LLP to remain as counsel of record for Defendant.

WHEREFORE, Defendant's counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC respectfully requests that their Appearance be withdrawn from the above-captioned cause of action, and for any and all proper relief in the premises.

Respectfully Submitted,

By: *s/Thomas S. Ehrhardt*
Thomas S. Ehrhardt (#18621-45)
Attorney for Defendant, Ryder Truck Rental, Inc.

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel: (219) 794-1888
Fax: (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February 2025, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

| | |
|---|---|
| Charles L Berger<br>Berger and Berger, LLP<br>P.O. Box 5128<br>Evansville, IN 47716<br>*Attorney for Plaintiff* | Kelly V. Milam<br>Omar Al-Hendy<br>Gordon Reese Scully Mansukhani LLP<br>600 E. 96th St., Ste. 501<br>Indianapolis, IN 46240<br>*Attorneys for Ryder Truck Rental, Inc. and Freight United, Inc.* |
| | |
| Michael O'Brien<br>100 Mallard Creek Road.<br>Ste. 250<br>Louisville, KY 40207<br>*Attorney for Amazon Logistics* | |

*s/Genevieve Richardson*
Genevieve Richardson

STATE OF INDIANA | WARRICK SUPERIOR COURT NO. 1

COUNTY OF WARRICK

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE

Plaintiff(s),

vs.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV,

Defendant(s).

WARRICK CIRCUIT & SUPERIOR COURTS
February 4, 2025
Warrick County, Indiana

CAUSE NO: 87D01-2411-CT-002347

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This matter comes before the Court on the Motion of Thomas S. Ehrhardt and Kopka Pinkus Dolin to withdraw as counsel for Defendant, Ryder Truck Rental, Inc. The Court, having reviewed same and having been duly advised in the premises, finds that:

IT IS ORDERED, ADJUDGED AND DECREED that Thomas S. Ehrhardt and Kopka Pinkus Dolin's Motion to Withdraw as Counsel for Defendant, Ryder Truck Rental, Inc. is hereby GRANTED.

2/4/2025

SO ORDERED this _____ day of ________________, 2025.

Magistrate / JUDGE, WARRICK SUPERIOER COURT
MH

Distribution:
All counsel of record

Filed: 2/5/2025 3:32 PM
Warrick Superior Court 1
Warrick County, Indiana

| | | |
|---|---|---|
| **STATE OF INDIANA** | **)** | **IN THE WARRICK SUPERIOR COURT** |
| | **) SS:** | |
| **COUNTY OF WARRICK** | **)** | **CAUSE NO. 87D01-2411-CT-002347** |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

And

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

Plaintiffs,

vs.

RYDER TRUCK RENTAL, INC., FREIGHT UNITED, INC.; AMAZON LOGISTICS; AND AZIZ ERMATOV

Defendants.

**ENTRY OF APPEARANCE BY ATTORNEY IN CIVIL CASE**

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:

   Initiating ____ Responding __X__ Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: AZIZ ERMATOV,

   Address of party (*see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   ______________________________________________

   ______________________________________________

   Telephone # of party:______________________________

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

Omar Al-Hendy (38429-45)
Gordon Rees Scully Mansukhani, LLP
1 N. Wacker Drive Suite 1600
Chicago, IL 60606
(312) 565-1400 phone
(312) 565-6511 facsimile
oal-hendy@grsm.com

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance.

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ (*If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

________ Attorney's address

________ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

________ Another address (provide)

______________________________________________________

This case involves a petition for involuntary commitment. Yes ____ No _X___

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: ______________________________________

b. State of Residence of person subject to petition: _____________

c. At least one of the following pieces of identifying information:

(i) Date of Birth __________

(ii) Driver's License Number ____________________

State where issued ____________ Expiration date _________

(iii) State ID number _________________________

State where issued ____________ Expiration date __________

(iv) FBI number ________________________

(v) Indiana Department of Corrections Number _____________________

(vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

7. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule: ____________________________________________________________

9. There are other party members: Yes __ No __x__ (*If yes, list on continuation page.)*

10. This form has been served on all other parties Certificate of Service is attached:

Yes _X__ No___

11. I have reviewed and discussed the Commitment to Respect and Civility with my client.

*/s/ Omar Al-Hendy*
Attorney-at-Law
(Attorney information shown above.)

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2025, I electronically filed the foregoing document(s) using the Indiana E-Filing System, via Tylerhost.net, which will send notification of such filing(s) to all counsel(s) of record.

By: /s/ Omar Al-Hendy
Omar Al-Hendy

**STATE OF INDIANA ) IN THE WARRICK SUPERIOR COURT**
**) SS:**
**COUNTY OF WARRICK ) CAUSE NO: 87D01-2411-CT-002347**

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED, )
)
)
MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE, )
)
)
Plaintiff, )
)
v. )
)
RYDER TRUCK RENTAL, INC. FREIGHT UNITED, INC., AMAZON LOGISTICS, and AZIZ K. ERMATOV )
)
)
)
Defendants. )

**DEFENDANT AZIZ K. ERMATOV'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Aziz K. Ermatov (hereinafter "Defendant"), by and through his attorneys, Gordon Rees Scully Mansukhani, LLP, and for his Answer and Affirmative Defenses to Plaintiff, The Estate of Ronald Eugene Hall, Sr., Deceased, Mary Hall, Widow and Personal Representative ("Plaintiff"), Complaint ("Complaint"), states as follows:

**COMPLAINT**

1. Ronald Eugene Hall, Sr., at all times material herein, was operating a 2013 GMC Denali Terrain Vehicle on October 7, 2024.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and therefore denies the same.**

2. On October 7, 2024, the Plaintiff, Ronald Eugene Hall, Sr., was operating his motor vehicle in a westerly direction on State Road 68 near its intersection with the ramp from Interstate

69, in Warrick County, State of Indiana.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and therefore denies the same.**

3. On said date, the Defendant, Aziz K. Ermatov, was operating a tractor freightliner Cascadia owned by the Defendant, Ryder Truck Rental, Inc., and operated by the Defendant, Freight United, Inc. in association with the Defendant, Amazon Logistics, at all times relevant herein.

**ANSWER: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint and therefore denies the same.**

4. At all times material herein, State Road 68 was a public roadway within the County of Warrick, State of Indiana.

**ANSWER: Defendant admits to the allegations in Paragraph 4 of Plaintiff's Complaint.**

5. At all times material herein, Interstate 69 was a public roadway within the County of Warrick, State of Indiana.

**ANSWER: Defendant admits to the allegations in Paragraph 5 of Plaintiff's Complaint.**

6. The Defendants caused said tractor/trailer to be operated in a negligent manner as it struck the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., the Decedent.

**ANSWER: Defendant denies the allegations in Paragraph 6 insofar as it relates to Aziz K. Ermatov. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and therefore denies the same.**

7. The negligent actions of the Defendants proximately caused the collision between

said tractor/trailer operated by the Defendant, Azia K. Ermatov, who operated said tractor/trailer in a negligent manner as it exited off of Interstate 69, crashed into the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., causing his eventual death.

**<u>ANSWER</u>: Defendant denies the allegations in Paragraph 7 insofar as it relates to Aziz K. Ermatov. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and therefore denies the same.**

8. The negligent actions of the Defendants proximately caused the collision between the tractor/trailer operated by the Defendant, Aziz K. Ermatov, and the Decedent, Ronald Eugene Hall. As a further proximate result of the negligence of the Defendants as set out above, the decedent, Ronald Eugene Hall, Sr., sustained serious and life-threatening injuries from which he died on October 7, 2024.

**<u>ANSWER</u>: Defendant denies the allegations in Paragraph 8 insofar as it relates to Aziz K. Kermatov. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and therefore denies the same.**

9. As a further proximate result of the negligence of the Defendants, the Plaintiff, Estate of Ronald Eugene Hall, Sr., deceased, Mary Hall, Widow and Personal Representative, is entitled to recover all damages allowed under Indiana law as found at IC35-23-1-1, including but not limited to all said damages set out in the statute and pain and suffering endured by Ronald Eugene Hall, Sr., before his death.

**<u>ANSWER</u>: Defendant denies the allegations in Paragraph 9 insofar as it relates to Aziz K. Ermatov. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of**

**the allegations contained in Paragraph 9 and therefore denies the same.**

10. As a further proximate result of the carelessness and negligence of the Defendants, Ryder Truck Rental, Inc., Freight United, Inc., Amazon Logistics, and Aziz K. Ermatov, Mary Hall experienced the ultimate loss in the death of her husband, Ronald Eugene Hall, Sr.

**ANSWER: Defendant denies the allegations in Paragraph 10 insofar as it relates to Aziz K. Ermatov. As it relates to the other defendants referenced in this allegation, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 and therefore denies the same.**

Defendant, Aziz K. Ermatov, respectfully requests this Court deny Plaintiff's request for judgment against Aziz K. Ermatov.

## AFFIRMATIVE DEFENSES

Defendant, Aziz K. Ermatov "Defendant"), by counsel, hereby gives notice that he will rely upon the following affirmative defenses, among others:

1. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

2. Plaintiff failed to mitigate her damages, if any.

3. Plaintiff's damages were caused in whole or in part by Decedent's own comparative fault and conduct.

4. Plaintiff is barred from recovery because Decedent's comparative fault is greater than 50% of the total fault involved in causing the damages alleged in Plaintiff's Complaint.

5. Plaintiff may have received payments from other persons and/or companies which constitute an accord, satisfaction, and/or collateral source set-off.

6. Defendant incorporates herein by reference any and all affirmative defenses raised by any other Co-Defendant in this matter.

7. Defendant reserves the right to assert additional defenses as discovery is ongoing and not yet complete.

WHEREFORE, Defendant, Aziz K. Ermatov, denies all allegations of liability, denies that Plaintiff is entitled to a judgment for any sum whatsoever, denies that Plaintiff is entitled to any damages based upon the above claims of liability, and prays for judgment in its favor and against Plaintiff, plus costs of this action.

Dated: February 5, 2025

Respectfully submitted,

*/s/ Omar Al-Hendy*
Kelly V. Milam (#29020-45)
Omar Al-Hendy (#38429-45)
Gordon Rees Scully Mansukhani LLP
600 E. 96th St., Suite 501
Indianapolis, IN, 46240
T: (317) 713-0905
kmilam@grsm.com
oal-hendy@grsm.com
*Attorneys for Defendant Aziz K. Ermatov*

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2025, I electronically filed and served the foregoing document(s) using the Indiana E-Filing System, via Tylerhost.net, upon all counsel of parties receiving IEFS notices of record.

Charles L. Berger
Berger & Berger, LLP
P.O. Box 5128
Evansville, Indiana, 47716
T: (812) 425-8101
*Attorney for Plaintiff*

*/s/ Omar Al-Hendy*
Omar Al-Hendy

Filed: 2/24/2025 1:50 PM
Warrick Superior Court 1
Warrick County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA<br>COUNTY OF WARRICK | )<br>) SS:<br>) | IN THE WARRICK SUPERIOR COURT<br><br>CAUSE NO. 87D01-2411-CT-002347 |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

and

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

*Plaintiffs*,

v.

RYDER TRUCK RENTAL, INC.;
FREIGHT UNITED, INC.;
AMAZON LOGISTICS; and
AZIZ ERMATOV,

*Defendants*.

**ANSWER OF AMAZON LOGISTICS TO PLAINTIFFS' COMPLAINT**

Defendant Amazon Logistics ("Amazon"), by and through its undersigned counsel, for its Answer to Plaintiffs' Complaint states as follows:

1. Ronald Eugene Hall, Sr., at all times material herein, was operating a 2013 GMC Denali Terrain vehicle on October 7, 2024

**ANSWER**: Amazon admits the allegations set forth in Paragraph 1 of the Complaint upon information and belief.

2. On October 7, 2024, the Plaintiff, Ronald Eugene Hall, Sr., was operating his motor vehicle in a westerly direction on State Road 68 near its intersection with the ramp from Interstate 69, in Warrick County, State of Indiana.

**ANSWER**: Amazon admits the allegations set forth in Paragraph 1 of the Complaint upon information and belief.

3. On said date, the Defendant, Aziz K. Ermatov, was operating a tractor freightliner Cascadia owned by the Defendant, Ryder Truck Rental, Inc., and operated by the Defendant, Freight United, Inc. in association with the Defendant, Amazon Logistics, at all times relevant herein.

**ANSWER**: In response to the allegations set forth in Paragraph 3 of the Complaint, Amazon admits upon information and belief only that Defendant Ermatov was operating a Cascadia at the time of the incident described in the Complaint. Amazon denies the remaining allegations set forth in Paragraph 3.

4. At all times material herein, State Road 68 was a public roadway within the County of Warrick, State of Indiana.

**ANSWER**: Amazon admits the allegations set forth in Paragraph 4 of the Complaint.

5. At all times material herein, Interstate 69 was a public roadway within the County of Warrick, State of Indiana.

**ANSWER**: Amazon admits the allegations set forth in Paragraph 5 of the Complaint.

6. The Defendants caused said tractor/trailer to be operated in a negligent manner as it struck the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., the decedent.

**ANSWER**: Amazon denies the allegations set forth in Paragraph 6 of the Complaint to the extent those allegations relate to or are directed toward Amazon.

7. The negligent actions of the Defendants proximately caused the collision between said tractor/trailer operated by the Defendant, Aziz K. Ermatov, who operated said tractor/trailer

in a negligent manner as it exited off of Interstate 69, crashed into the vehicle operated by the Plaintiff, Ronald Eugene Hall, Sr., causing his eventual death.

**ANSWER**: Amazon denies the allegations set forth in Paragraph 7 of the Complaint to the extent those allegations relate to or are directed toward Amazon.

8. The negligent actions of the Defendants proximately caused the collision between the tractor/trailer operated by the Defendant, Aziz K. Ermatov, and the Decedent, Ronald Eugene Hall, Sr. As a further proximate result of the negligence of the Defendants as set out above, the decedent, Ronald Eugene Hall, Sr., sustained serious and life-threatening injuries from which he died on October 7, 2024.

**ANSWER**: Amazon denies the allegations set forth in Paragraph 8 of the Complaint to the extent those allegations relate to or are directed toward Amazon.

9. As a further proximate result of the negligence of the Defendants, the Plaintiff, Estate of Ronald Eugene Hall, Sr., deceased, Mary Hall, Widow and Personal Representative, is entitled to recover all damages allowed under Indiana law as found at IC35-23-1-1, including but not limited to all said damages set out in the statute and pain and suffering endured by Ronald Eugene Hall, Sr., before his death.

**ANSWER**: Amazon denies the allegations set forth in Paragraph 9 of the Complaint to the extent those allegations relate to or are directed toward Amazon.

10. As a further proximate result of the carelessness and negligence of the Defendants, Ryder Truck Rental, Inc., Freight United, Inc., Amazon Logistics, and Aziz K. Ermatov, Mary Hall experienced the ultimate loss in the death of her husband, Ronald Eugene Hall, Sr.

**ANSWER**: Amazon denies the allegations set forth in Paragraph 10 of the Complaint to the extent those allegations relate to or are directed toward Amazon.

**WHEREFORE**, the Plaintiff, Mary Hall, Widow, and the Estate of Ronald Eugene Hall, Sr., pray for judgment from the Defendants with their Complaint in an amount which will fairly and fully compensate them for their damages, for the costs of this action, for their attorney fees, and for all other just and proper relief.

**ANSWER**: This Paragraph constitutes a prayer for legal relief to which no response is required. To the extent any response is required, Amazon denies Plaintiffs are entitled to the relief requested as against Amazon and denies any liability in this action.

**DEMAND FOR JURY TRIAL**

Pursuant to Indiana Rule of Trial Procedure 38(B), Amazon demands trial by jury of the underlying claims.

**DEFENSES**

1. To the extent any allegations are not expressly admitted, those allegations are intended to be and deemed denied.

2. Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

3. Plaintiffs have failed, in whole or in part, to mitigate his damages.

4. Amazon is entitled to a set-off in the amount of any collateral source payments received by Plaintiffs against any judgment entered in favor of Plaintiffs, and from any reduction in medical expenses pursuant to *Stanley v. Walker*, 906 N.E.2d 852 (Ind. 2009), and *Patchett v. Lee*, 60 N.E.3d 1025 (Ind. 2016).

5. Plaintiffs' claims for damages related to medical expenses are barred or limited, pursuant to the Affordable Care Act.

6. Plaintiffs' decedent is chargeable with comparative fault in relation to the underlying claims, and any award for damages to Plaintiffs should be diminished proportionately

and respectively under Ind. Code § 34–51–2–5. If Plaintiffs' decedent is more than 50% at fault, then Plaintiffs' claims are barred in their entirety.

8. The damages complained of may have been the result of an unrelated event or superseding intervening cause and were not proximately caused by the actions or omissions of Amazon.

9. To the extent that Plaintiffs' decedent violated any portion of the Indiana Code, he shall be deemed negligent *per se* and shall be treated accordingly under Indiana law.

10. The alleged injuries or damages of which Plaintiffs complain were caused in whole, or in part, by non-parties whom Plaintiffs has failed to join in this action. Amazon hereby reserves the right to name non-parties as they become known.

11. Plaintiffs' Complaint, and each cause of action therein, may be barred, in whole or in part, under the independent contractor defense because Defendant Ermatov was an independent contractor responsible for his own means and methods, thereby making the doctrines of *respondeat superior* and agency inapplicable.

12. Amazon may be entitled to indemnification and/or contribution from any person or entity whose negligence proximately contributed to the resulting injuries and damages.

13. Amazon reserves the right to add any and all additional defenses which may arise during the course of litigation as they become known.

WHEREFORE, Defendant Amazon Logistics denies that Plaintiffs are entitled to judgment against Amazon for the damages alleged and pray for judgment in its favor as well as all other relief to which it may be entitled.

**DATED: February 24, 2025.**

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

***/s/ Edward M. O'Brien***
Edward M. O'Brien, Attorney No. 32092-39
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.7851
502.238.7844 (facsimile)
edward.obrien@wilsonelser.com
*Counsel for Defendant Amazon Logistics*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on February 24, 2025, with the Warrick Superior Court using the Indiana Electronic Filing System ("IEFS"), which will send notice of filing to all counsel of record in this case.

***/s/ Edward M. O'Brien***
*Counsel for Defendant Amazon Logistics*

Filed: 3/20/2025 2:37 PM
Warrick Superior Court 1
Warrick County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE WARRICK SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF WARRICK | ) | CAUSE NO. 87D01-2411-CT-002347 |

THE ESTATE OF RONALD EUGENE HALL, SR., DECEASED,

and

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

*Plaintiffs*,

v.

RYDER TRUCK RENTAL, INC.;
FREIGHT UNITED, INC.;
AMAZON LOGISTICS; and
AZIZ ERMATOV,

*Defendants*.

**DEFENDANT AMAZON LOGISTICS' FIRST REQUEST FOR ADMISSION TO PLAINTIFFS**

Defendant Amazon Logistics, pursuant to Rule 36 of the Indiana Rules of Trial Procedure, hereby propounds the following Request for Admission upon Plaintiffs the Estate of Ronald Eugene Hall, Sr., Deceased, and Mary Hall, Widow and Personal Representative, to be answered in full within thirty (30) days of service:

**REQUEST NO. 1:** Please admit that Plaintiffs are seeking, or will seek in the future, a total amount of damages, of any type or types, from Defendants exceeding $75,000, exclusive of interest and costs.

**RESPONSE**:

Plaintiffs admit.



308771359v.1

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Edward M. O'Brien*
Edward M. O'Brien, Attorney No. 32092-39
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.7851
502.238.7844 (facsimile)
edward.obrien@wilsonelser.com
*Counsel for Defendant Amazon Logistics*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon all counsel of record on this case on February 24, 2025, via the Indiana Electronic Filing System and also via electronic mail.

*/s/ Edward M. O'Brien*
*Counsel for Defendant Amazon Logistics*

Respectfully submitted,

/s/ Charles L. Berger
Charles L. Berger (2698-82)
Berger & Berger, LLP
P.O. Box 5128
Evansville, IN 47716
(812) 425-8101
(812) 421-5909 (fax)
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

Ihereby certify that the foregoing was served upon all counsel of record on this case on March 20, 2025, via the Indiana Electronic Filing System.

/s/ Charles L. Berger

Filed: 3/27/2025 3:32 PM
Warrick Superior Court 1
Warrick County, Indiana

STATE OF INDIANA )
) SS:
COUNTY OF WARRICK )

IN THE WARRICK COUNTY SUPERIOR COURT 1

CAUSE NO: 87D01-2411-CT-002347

ESTATE OF RONALD EUGENE HALL, SR. DECEASED

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

*Plaintiff,*

*v.*

RYDER TRUCK RENTAL, INC.
FREIGHT UNITED, INC.
AMAZON LOGISTICS, and
AZIZ K. ERMATOV,

*Defendants.*

**APPEARANCE FORM (CIVIL)**
Initiating Party

1. Name of first initiating party: **MARY HALL, Widow and Personal Representative of the Estate of Ronald Eugene Hall, Sr., Deceased**

2. Telephone of *pro se* responding party: **N/A**

3. Attorney information:

**Robert T. Dassow, #15145-64**
**HOVDE DASSOW & DEETS, LLC**
**Meridian Tower, Suite 500**
**10201 N. Illinois Street**
**Indianapolis, IN 46290**
**rdassow@hovdelaw.com**

**Phone: 317-818-3100**
**Fax: 317-818-3111**

4. Case Type requested: **Tort**

5. Will accept FAX service: **NO**

6. Social Security number of all family members in proceedings involving support issues: **N/A**

7. Are there related cases? **NO**

8. Additional information required by state or local rule: **NONE**

HOVDE DASSOW & DEETS, LLC

By: *s/Robert T. Dassow*
Robert T. Dassow, #15145-64
10201 N. Illinois St., Suite 500
Indianapolis, IN 46290
Telephone: (317) 818-3100
Facsimile: (317) 818-3111
Email: rdassow@hovdelaw.com
*Attorney For Plaintiff*

HOVDE DASSOW & DEETS, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
(317) 818-3100
Rdassow@hovdelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2025, I electronically filed the foregoing document using the Indiana E-filing system (IEFS). I further certify that the following person were served on the same date using the IEFS:

Kelly V. Milam
Omar Al-Hendy
Gordon Rees Scull Mansukhani, LLP
1 N. Wacker Drive, Suite 1600
Chicago, IL 60606

Edward O'Brien
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creed Road, Suite 250
Louisville, KY 40207

s/Robert T. Dassow,
Robert T. Dassow, #15145-64
*Attorney for Plaintiffs*

Hovde Dassow & Deets, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
317.818.3100
rdassow@hovdelaw.com

Filed: 3/27/2025 3:32 PM
Warrick Superior Court 1
Warrick County, Indiana

| | |
|---|---|
| STATE OF INDIANA ) <br> ) SS: <br> COUNTY OF WARRICK ) | IN THE WARRICK COUNTY SUPERIOR COURT 1 <br><br> CAUSE NO: 87D01-2411-CT-002347 |

ESTATE OF RONALD EUGENE HALL, SR. DECEASED

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

*Plaintiff,*

*v.*

RYDER TRUCK RENTAL, INC.
FREIGHT UNITED, INC.
AMAZON LOGISTICS, and
AZIZ K. ERMATOV,

*Defendants.*

**APPEARANCE FORM (CIVIL)**
Initiating Party

1. Name of first initiating party: **MARY HALL, Widow and Personal Representative of the Estate of Ronald Eugene Hall, Sr., Deceased**

2. Telephone of *pro se* responding party: **N/A**

3. Attorney information:

**Quinn P. McCoy #38268-49**
**HOVDE DASSOW & DEETS, LLC**
**Meridian Tower, Suite 500**
**10201 N. Illinois Street**
**Indianapolis, IN 46290**
**qmccoy@hovdelaw.com**

**Phone: 317-818-3100**
**Fax: 317-818-3111**

4. Case Type requested: **Tort**

5. Will accept FAX service: **NO**

6. Social Security number of all family members in proceedings involving support issues: **N/A**

7. Are there related cases? **NO**

8. Additional information required by state or local rule: **NONE**

HOVDE DASSOW & DEETS, LLC

By:__*s/Quinn P. McCoy*__________________
Quinn P. McCoy, # 38268-49
10201 N. Illinois St., Suite 500
Indianapolis, IN 46290
Telephone: (317) 818-3100
Facsimile: (317) 818-3111
Email: qmccoy@hovdelaw.com
*Attorney For Plaintiff*

HOVDE DASSOW & DEETS, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
(317) 818-3100
qmccoy@hovdelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2025, I electronically filed the foregoing document using the Indiana E-filing system (IEFS). I further certify that the following person were served on the same date using the IEFS:

Kelly V. Milam
Omar Al-Hendy
Gordon Rees Scull Mansukhani, LLP
1 N. Wacker Drive, Suite 1600
Chicago, IL 60606

Edward O'Brien
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creed Road, Suite 250
Louisville, KY 40207

*s/Quinn P. McCoy*____________________
Quinn P. McCoy, #38268-49
*Attorney for Plaintiffs*

Hovde Dassow & Deets, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
317.818.3100
qmccoy@hovdelaw.com

Filed: 3/27/2025 3:32 PM
Warrick Superior Court 1
Warrick County, Indiana

| | |
|---|---|
| STATE OF INDIANA ) <br> ) SS: <br> COUNTY OF WARRICK ) | IN THE WARRICK COUNTY SUPERIOR COURT 1 <br><br> CAUSE NO: 87D01-2411-CT-002347 |

ESTATE OF RONALD EUGENE HALL, SR. DECEASED

MARY HALL, WIDOW AND PERSONAL REPRESENTATIVE,

*Plaintiff,*

*v.*

RYDER TRUCK RENTAL, INC.
FREIGHT UNITED, INC.
AMAZON LOGISTICS, and
AZIZ K. ERMATOV,

*Defendants.*

**APPEARANCE FORM (CIVIL)**
Initiating Party

1. Name of first initiating party: **MARY HALL, Widow and Personal Representative of the Estate of Ronald Eugene Hall, Sr., Deceased**

2. Telephone of *pro se* responding party: **N/A**

3. Attorney information:

**Tyler Zipes, #35081-49**
**HOVDE DASSOW & DEETS, LLC**
**Meridian Tower, Suite 500**
**10201 N. Illinois Street**
**Indianapolis, IN 46290**
**tzipes@hovdelaw.com**

**Phone: 317-818-3100**
**Fax: 317-818-3111**

4. Case Type requested: **Tort**

5. Will accept FAX service: **NO**

6. Social Security number of all family members in proceedings involving support issues: **N/A**

7. Are there related cases? **NO**

8. Additional information required by state or local rule: **NONE**

HOVDE DASSOW & DEETS, LLC

By: *s/Tyler J. Zipes*________________
Tyler J. Zipes, #35081-49
10201 N. Illinois St., Suite 500
Indianapolis, IN 46290
Telephone: (317) 818-3100
Facsimile: (317) 818-3111
Email: tzipes@hovdelaw.com
*Attorney For Plaintiff*

HOVDE DASSOW & DEETS, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
(317) 818-3100
tzipes@hovdelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2025, I electronically filed the foregoing document using the Indiana E-filing system (IEFS). I further certify that the following person were served on the same date using the IEFS:

Kelly V. Milam
Omar Al-Hendy
Gordon Rees Scull Mansukhani, LLP
1 N. Wacker Drive, Suite 1600
Chicago, IL 60606

Edward O'Brien
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creed Road, Suite 250
Louisville, KY 40207

*s/Tyler J. Zipes*____________________
Tyler J. Zipes, #35081-49
*Attorney for Plaintiffs*

Hovde Dassow & Deets, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
317.818.3100
tzipes@hovdelaw.com